# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**EARL WAYNE BRYANT**                                                                 **PETITIONER**
*Reg #89198-380*

V.                              **CASE NO. 2:21-cv-00037-JTK**

**JOHN P. YATES**
*Warden, FCI Forrest City*                                                            **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's petition is DISMISSED without prejudice.

SO ADJUDGED this 12th day of October, 2021.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE